```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
_____

TONI MOORE,                             )
                                        )
    Plaintiff,                          )
                                        )
v.                                      ) No. 2:12-cv-3100-JPM
                                        )
AFC, INC., AUTOMOTIVE FINANCE           )
CORPORATION,                            )
KAR AUCTION SERVICES, INC., and         )
ADESA, INC.                             )
                                        )
    Defendants.                         )
                                        )
_____

## JUDGMENT
_____

**JUDGMENT BY COURT.**  The parties having jointly filed a Stipulation of Dismissal (ECF No. 22),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, February 17, 2014, the case is DISMISSED WITH PREJUDICE.

APPROVED:


/s/ JON P. McCALLA
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

March 6, 2014
Date